UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

OWEN W. BARNABY,

       Plaintiff,                     Case No. 1:14-cv-1279

v.                                     HON. JANET T. NEFF

BRET WITKOWSKI, et al.,

       Defendants.
_____/

## ORDER APPROVING REPORT AND RECOMMENDATION

This is a civil action. Plaintiff filed Motions for Default Against Defendants (Dkts 9, 11). The motions were referred to the Magistrate Judge, who issued a Report and Recommendation on April 1, 2015, recommending that the motions be denied. The Report and Recommendation was duly served on the parties. No objections have been filed. *See* 28 U.S.C. § 636(b)(1). Therefore,

**IT IS HEREBY ORDERED** that the Report and Recommendation of the Magistrate Judge (Dkt 17) is APPROVED and ADOPTED as the opinion of the Court.

**IT IS FURTHER ORDERED** that Plaintiff's Motions for Default Against Defendants (Dkts 9, 11) are DENIED.


Dated: April 21, 2015                            /s/Janet T. Neff
                                                      JANET T. NEFF
                                                        United States District Judge