## UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF MICHIGAN

| | | |
|---|---|---|
| OWEN W. BARNABY, | ) | |
|     Plaintiff | ) | CASE NO.  1:14-cv-1279 |
| | ) | |
| vs. | ) | HON. JANET T. NEFF |
| | ) | |
| COUNTY TREASURER, BRET WITKOWSKI | ) | |
| And BERRIEN COUNTY GOVERNMENT, | ) | |
|     Defendants. | ) | |

| | |
|---|---|
| Owen W. Barnaby<br>P.O. Box 1926<br>Kennesaw, GA 30156<br>(269) 338-4876 | Laurie L. Wightman Schmidt (P43519)<br>Attorney for Defendants<br>Taglia, Dumke, White & Schmidt, PC<br>720 State Street, P.O. Box 890<br>St. Joseph, Michigan 49085<br>(269) 983-0755 |

### PROOF OF SERVICE

The undersigned hereby certifies that a duplicate original of the *Appearance and the Defendants' Answer to Plaintiff's Complaint, Affirmative Defenses and Reservation of Rights along with attachments dated April 27, 2015* was mailed on this date by first class mail to the Plaintiff at his respective address as shown in this file:

Owen W. Barnaby
P.O. Box 1926
Kennesaw, GA 30156

Dated:  April 27, 2015      /s/ *Tammy D. Gallant*
                 Tammy D. Gallant
                 Legal Assistant to Laurie L. Schmidt