# EXHIBIT A

Lori D. Jarvis, Register Of Deeds
Berrien County, Michigan

Rec $10.00
Remon $0.00
Tax Crt $0.00

Recorded
September 06, 2005  03:07:37 PM
Liber 2644 Page 908-908
Receipt # 19488 TAX DE#2005031916

Liber 2644 Page 908

## QUIT CLAIM DEED

The Grantor, Bret Witkowski, Berrien County Treasurer, acting as the Foreclosing Governmental Unit in accordance with Public Act 206 of the Public Acts of 1893, as amended by Act No. 123 of 1999 and by Act Nos. 94 through 101 of 2001, after having granted the State of Michigan, Cities, Townships, Villages, and Berrien County, in order, the right of first refusal to purchase property within those units, whose address is: Berrien County Administration Center, 701 Main Street, St. Joseph, Michigan 49085-1392 conveys and quit claims to **Owen Barbaby a married person (Grantee(s)), whose address is/are, 1076 K West Lane, Benton Harbor, MI 49022** the following described premises situated in **THE TOWNSHIP OF NILES** Berrien County and the State of Michigan:

Property Number:     11-14-0112-0011-17-4

COM 33.01' S88DEG52.02"E OF W1/4 PST SEC 12 T8S R17W TH S88DEG52'02"E 1256.7'TH N 0 DEG 02'47"W 166.42'TH N88DEG52'38"W 1007.04' TH S 149.98' TH N88DEG52'38"W 249.52'TH S 16.22' TO POB

The sum of:).     Five Thousand Two Hundred Fifty Dollars and Zero Cents  (5,250.00)

The Grantor also grants to the Grantee(s) the right to make any and all division(s) under Section 108 of the Land Division Act, Act No. 288 of Public Acts of 1967. The above-described premises may be located within the vicinity of farmland or a farm operation. Generally accepted agricultural and management practices which may generate noise, dust, odors, and other associated conditions may be used and are protected by the Michigan Right to Farm Act.

Saving and reserving unto the People of Berrien County the rights of ingress and egress over and across all of the above-mentioned descriptions of land laying along any watercourse or stream, pursuant to the provisions of Part 5, Act 451, P.A. 1994, as amended. Further, excepting and reserving to Berrien County, all aboriginal antiquities including mounds, earthworks, forts, burial and village sites, mines or other relics and also reserving the right to explore and excavate for the same, by and through its duly authorized agents and employees, pursuant to the provisions of Part 761, Aboriginal Records and Antiquities, of the Natural Resources and Environmental Protection Act, Act 451 of the Public Acts of 1994, as amended. This conveyance hereby restricts the Grantee from severing oil, gas, mineral and other subsurface rights from the surface rights any time in the future. If the Grantee severs the subsurface rights from the surface rights, the subsurface rights will revert to Berrien County.

Subject also to the full rights of reversion retained by the grantor, as well as the right of re-entry to secure repossession of the premises in the event the grantee harvest or attempts to harvest standing timber, topsoil, or any other natural resources which are part of the property. The right of reversion and the power of re-entry shall also pertain to any attempt to removed minerals by means of subsurface or above ground extraction. The covenants shall run with the land, and shall be binding upon any subsequent title holder, as well as the heirs, assigns and successors in interest to the grantee.

Dated this 27th day of July, 2005

RECEIVED SEP 1 2005

Signed by:
_____
Bret Witkowski, County Treasurer and F.G.U.

STATE OF MICHIGAN    }
                     } SS.
COUNTY OF BERRIEN    }

The foregoing instrument was acknowledged before me this 27th day of July 2005, by Bret Witkowski, County Treasurer.

_____
Kathleen Culbertson
Notary Public, Berrien County, MI
My Commission expires 8/21/11

When recorded return to:

Owen Barbaby
1076 K West Lane
Benton Harbor, MI 49022

Exempt from State and County Transfer Tax
MCL 207.526 Sec 6(h)(i), MCL 207.505 Sec 5(h)(i)

Lori D. Jarvis Register Of Deeds
Berrien County, Michigan

Rec       $10.00
Remon     $0.00
Tax Crt   $0.00

Recorded
March 21, 2007   09:51:43 AM
Liber 2781 Page 1832-1832
Receipt # 27199 TAX RE#2007052176



Liber 2781 Page 1832

CERTIFICATE OF FORFEITURE OF REAL PROPERTY

On March 1, 2007 the following real property was forfeited to the Berrien County Treasurer for NON PAYMENT OF PROPERTY TAXES for the year 2005.

This property will be titled absolutely in the name of the foreclosing governmental unit if not redeemed within 21 days after entry of a judgment if contested or March 31 2008 for all others, of a foreclosure pursuant to MCL 211.78k. After this date parties of interest in this property will have NO FURTHER RIGHT TO REDEEM.

Property ID No   11-14-0112-0011-17-4

Owner according to tax record       BARBABY OWEN

Amount for which property forfeited       $177.10

Address   2116 S 15TH ST

Property Description:
COM 33.01'S88DEG52'02''E OF W1/4
PST SEC 12 T8S R17W TH S88DEG52'
02''E 1256.7'TH N 0 DEG 02'47''W
166.42'TH N88DEG52'38''W 1007.04'
TH S 149.98'TH N88DEG52'38''W
249.52'TH S 16.22'TO POB

RECEIVED MAR 20 2007

Prepared By

BRET WITKOWSKI
BERRIEN COUNTY TREASURER
701 MAIN STREET
ST. JOSEPH MI 49085

*Bret Witkowski*

BRET WITKOWSKI       COUNTY TREASURER
MAR. 1, 2007

Michigan Department of Treasury, LPS
3626 (6-00)

This form is issued under the authority
of MCL 211 78g

Lori D. Jarvis Register Of Deeds
Berrien County, Michigan

Rec $10.00
Remon $0.00
Tax Crt $0.00

Recorded
March 19, 2008  08:54:38 AM
Liber 2834 Page 1191-1181
Receipt # 4300   TAX RE#2008007296

Liber 2834 Page 1181

## CERTIFICATE OF FORFEITURE OF REAL PROPERTY

On March 1, 2008 the following real property was forfeited to the Berrien County Treasurer for **NON PAYMENT OF PROPERTY TAXES** for the year 2006.

This property will be titled absolutely in the name of the foreclosing governmental unit if not redeemed within 21 days after entry of a judgment if contested or March 31 2009 for all others, of a foreclosure pursuant to MCL 211.78k. After this date parties of interest in this property will have NO FURTHER RIGHT TO REDEEM.

Property ID No   11-14-0112-0011-17-4

Owner according to tax record       BARBABY OWEN

Amount for which property forfeited       $220.90

Address    2116 S 15TH ST

Property Description:
COM 33.01'S88DEG52'02"E OF W1/4
PST SEC 12 T8S R17W TH S88DEG52'
02"E 1256.7'TH N 0 DEG 02'47"W
166.42'TH N88DEG52'38"W 1007.04'
TH S 149.98'TH N88DEG52'38"W
249.52'TH S 16.22'TO POB

RECEIVED MAR 1 8 2008

Prepared By

BRET WITKOWSKI
BERRIEN COUNTY TREASURER
701 MAIN STREET
ST. JOSEPH MI 49085

BRET WITKOWSKI       COUNTY TREASURER
MAR. 1, 2008

Michigan Department of Treasury, LPS
3626 (6-00)

This form is issued under the authority
of MCL 211.78g

Lori D. Jarvis Register Of Deeds
Berrien County, Michigan

Rec $10.00
Remon $0.00
Tax Crt $0.00

Recorded
April 16, 2008  08:44:23 AM
Liber 2838 Page 2355-2355
Receipt # 5937   TAX RE#2008011207

Liber 2838 Page 2355

## BERRIEN COUNTY TREASURER REDEMPTION CERTIFICATE

Property ID No.   11-14-0112-0011-17-4

Name of owner according to tax record:   BARBABY OWEN

Property Description:

COM 33.01'S88DEG52'02"E OF W1/4
PST SEC 12 T8S R17W TH S88DEG52'
02"E 1256.7'TH N 0 DEG 02'47"W
166.42'TH N88DEG52'38"W 1007.04'
TH S 149.98'TH N88DEG52'38"W
249.52'TH S 16.22'TO POB

Total amount of delinquent taxes, penalties, interest and fees necessary to redeem the parcel   $459.20

Under the provisions of Section 211.78g(5), I hereby certify, that on Mar. 31, 2008 the sum stated above was the amount necessary to redeem the foregoing described parcel of land and that OWEN BARBABY   has paid that amount to my office.

This redemption certificate is issued to remove the parcel in question from the Certificate of Forfeiture previously issued and recorded at liber   2781   page   1832  .

RECEIVED APR 15 2008

Prepared By

Bret Witkowski
Berrien County Treasurer
701 Main Street
St. Joseph, Michigan 49085

BRET WITKOWSKI       COUNTY TREASURER
MAR. 31, 2008

Michigan Department of Treasury, LPS
3627 (2-00)

This form is issued under the authority of MCL 211.78g.

Lori D. Jarvis Register Of Deeds
Berrien County, Michigan

Rec     $10.00
Remon   $0.00
Tax Crt $0.00

Recorded
May 18, 2009  01:05:17 PM
Liber 2884 Page 1746-1746
Receipt # 7139   TAX RE:#2009013349



Liber 2884 Page 1746

### BERRIEN COUNTY TREASURER REDEMPTION CERTIFICATE

Property ID No.  11-14-0112-0011-17-4     Name of owner         BARNABY OWEN
                                          according to tax record

Property Description:

COM 33.01'S88DEG52'02"E OF W1/4
PST SEC 12 T8S R17W TH S88DEG52'
02"E 1256.7'TH N 0 DEG 02'47"W
166.42'TH N88DEG52'38"W 1007.04'
TH S 149.98'TH N88DEG52'38"W
249.52'TH S 16.22'TO POB

Total amount of delinquent taxes, penalties, interest and fees necessary to redeem the parcel     $499.19

Under the provisions of Section 211.78g(5), I hereby certify, that on Mar. 27, 2009 the sum stated above was the amount necessary to redeem the foregoing described parcel of land and that OWEN BARNABY      has paid that amount to my office.

This redemption certificate is issued to remove the parcel in question from the Certificate of Forfeiture previously issued and recorded at liber ___2834___ page ___1181___.

RECEIVED MAY 18 2009

Prepared By

Bret Witkowski
Berrien County Treasurer
701 Main Street
St. Joseph, Michigan 49085

_____Bret Witkowski_____
BRET WITKOWSKI     COUNTY TREASURER
MAR. 27, 2009

Michigan Department of Treasury, LPS
3627 (2-00)

This form is issued under the authority
of MCL 211.78g

Lori D. Jarvis Register Of Deeds
Berrien County, Michigan

Rec $10.00
Remon $0.00
Tax Crt $0.00

Recorded
April 23, 2009  12:29:43
Liber 2881 Page 484-484
Receipt # 5785   TAX RE#2009009815

Liber 2881 Page 484

CERTIFICATE OF FORFEITURE OF REAL PROPERTY

On March 3, 2009 the following real property was forfeited to the Berrien County Treasurer for NON PAYMENT OF PROPERTY TAXES for the year 2007.

This property will be titled absolutely in the name of the foreclosing governmental unit if not redeemed within 21 days after entry of a judgment if contested or March 31 2010 for all others, of a foreclosure pursuant to MCL 211.78k. After this date parties of interest in this property will have NO FURTHER RIGHT TO REDEEM.

Property ID No   11-14-0112-0011-17-4

Owner according to tax record       BARNABY OWEN

Amount for which property forfeited       $234.85

Address   2116 S 15TH ST

Property Description:
COM 33.01'S88DEG52'02"E OF W1/4
PST SEC 12 T8S R17W TH S88DEG52'
02"E 1256.7'TH N 0 DEG 02'47"W
166.42'TH N88DEG52'38"W 1007.04'
TH S 149.98'TH N88DEG52'38"W
249.52'TH S 16.22'TO POB

Prepared By

BRET WITKOWSKI
BERRIEN COUNTY TREASURER
701 MAIN STREET
ST. JOSEPH MI 49085

*Bret Witkowski* (signature)

BRET WITKOWSKI        COUNTY TREASURER
MAR. 3, 2009

Michigan Department of Treasury, LPS
3626 (6-00)

This form is issued under the authority
of MCL 211.78g

Berrien County Register of Deeds
Received 4/23/09  Time 12:04 PM

Lori D. Jarvis Register Of Deeds
Berrien County, Michigan

Rec       $10.00
Remon   $0.00
Tax Crt $0.00

Recorded
April 13, 2010  12:09:01
Liber 2917 Page 1864-1864
Receipt # 18682  TAX RE#2010008578



Liber 2917 Page 1864

CERTIFICATE OF FORFEITURE OF REAL PROPERTY

On March 3, 2010 the following real property was forfeited to the Berrien County Treasurer for **NON PAYMENT OF PROPERTY TAXES for the year 2008.**

This property will be titled absolutely in the name of the foreclosing governmental unit if not redeemed within 21 days after entry of a judgment if contested or March 31 2011 for all others, of a foreclosure pursuant to MCL 211.78k. After this date parties of interest in this property will have NO FURTHER RIGHT TO REDEEM.

Property ID No   11-14-0112-0011-17-4

Owner according to tax record       BARNABY OWEN

Amount for which property forfeited       $238.34

Address    2116 S 15TH ST

Property Description:
COM 33.01'S88DEG52'02"E OF W1/4
PST SEC 12 T8S R17W TH S88DEG52'
02"E 1256.7'TH N 0 DEG 02'47"W
166.42'TH N88DEG52'38"W 1007.04'
TH S 149.98'TH N88DEG52'38"W
249.52'TH S 16.22'TO POB

Berrien County Register of Deeds
Received 4/13/10  Time 11:11 AM

Prepared By

BRET WITKOWSKI
BERRIEN COUNTY TREASURER
701 MAIN STREET
ST. JOSEPH MI 49085

*Bret Witkowski*

BRET WITKOWSKI       COUNTY TREASURER
MAR. 3, 2010

Michigan Department of Treasury, LPS
3626 (6-00)

This form is issued under the authority
of MCL 211.78g.

Berrien County Register of Deeds
Received 5/26/10 Time 10:47 AM

Lori D. Jarvis Register Of Deeds
Berrien County, Michigan

Rec $10.00
Remon $0.00
Tax Crt $0.00

Recorded
May 26, 2010 11:25:17 AM
Liber 2922 Page 157-157
Receipt # 29374 TAX RE#2010014468

Liber 2922 Page 157

Michigan Department of Treasury, LPS
3731 (1-01)

This form is issued under the authority
of MCL 211.78k.

## NOTICE OF JUDGMENT OF FORECLOSURE

State of Michigan          )
                           )ss
County of Berrien          )

BRET WITKOWSKI COUNTY TREASURER Being duly sworn, deposes and says:

PLEASE TAKE NOTICE that with respect to the real property described below that Judge Alfred M. Butzbaugh of the Berrien County Civil Division of the Trial Court in Civil Case No. 09-0200-CZ-B on the 1st day of March in the year 2010 entered a Judgment on the matter of the Petition of the Berrien County Treasurer vesting absolute title to the real estate described below in the Berrien County Treasurer pursuant to MCL 211.78k. This judgment became final and unappealable 21 days after its entry for contested cases and March 31 2010 for all others.

Property ID No: 11-14-0112-0011-17-4

Owner:   BARNABY OWEN

Address:   2116 S 15TH ST

Property Description:
COM 33.01'S88DEG52'02''E OF W1/4
PST SEC 12 T8S R17W TH S88DEG52'
02''E 1256.7'TH N 0 DEG 02'47''W
166.42'TH N88DEG52'38''W 1007.04'
TH S 149.98'TH N88DEG52'38''W
249.52'TH S 16.22'TO POB

Prepared By:

BRET WITKOWSKI
BERRIEN COUNTY TREASURER
701 MAIN STREET
ST. JOSEPH MI 49085

_Bret Witkowski_

BRET WITKOWSKI        COUNTY TREASURER

Lori D. Jarvis Register Of Deeds
Berrien County, Michigan

Rec $10.00
Remon $4.00
Tax Crt $0.00

Recorded
August 19, 2010 04:40:16 PM
Liber 2929 Page 1509-1509
Receipt # 44085 Q DEED #2010020740

Liber 2929 Page 1509

## QUIT CLAIM DEED

The Grantor, Bret Witkowski, Berrien County Treasurer, acting as the Foreclosing Governmental Unit in accordance with Public Act 206 of the Public Acts of 1893, as amended by Act No 123 of 1999 and by Act Nos 94 through 101 of 2001, after having granted the State of Michigan, Cities, Townships, Villages, and Berrien County, in order, the right of first refusal to purchase property within those units, whose address is Berrien County Administration Center, 701 Main Street, St Joseph, Michigan 49085-1392 conveys and quit claims to **THOMAS BEARD, A MARRIED MAN** (Grantee(s)), Whose address is/are, **52420 KENILWORTH, SOUTH BEND, IN 46637**, the following described premises situated in **NILES TOWNSHIP**, Berrien County and the State of Michigan

Property Number:   11-14-0112-0011-17-4 / p   2116 S 15TH ST

```
COM 33 01'S88DEG52'02''E OF W1/4
PST SEC 12 T8S R17W TH S88DEG52'
02''E 1256 7'TH N 0 DEG 02'47''W
166 42'TH N88DEG52'38''W 1007.04'
TH S 149.98'TH N88DEG52'38''W
249 52'TH S 16.22'TO POB
```

FOR THE SUM OF: FORTY FIVE HUNDRED DOLLARS AND NO CENTS      ($ 4,500.00)

The Grantor also grants to the Grantee(s) the right to make any and all division(s) under Section 108 of the Land Division Act, Act No 288 of Public Acts of 1967. The above-described premises may be located within the vicinity of farmland or a farm operation Generally accepted agricultural and management practices which may generate noise, dust, odors, and other associated conditions may be used and are protected by the Michigan Right to Farm Act

Saving and reserving unto the People of Berrien County the rights of ingress and egress over and across all of the above-mentioned descriptions of land laying along any watercourse or stream, pursuant to the provisions of Part 5, Act 451, P A 1994, as amended Further, excepting and reserving to Berrien County, all aboriginal antiquities including mounds, earthworks, forts, burial and village sites, mines or other relics and also reserving the right to explore and excavate for the same, by and through its duly authorized agents and employees, pursuant to the provisions of Part 761, Aboriginal Records and Antiquities, of the Natural Resources and Environmental Protection Act, Act 451 of the Public Acts of 1994, as amended This conveyance hereby restricts the Grantee from severing oil, gas, mineral and other subsurface rights from the surface rights any time in the future If the Grantee severs the subsurface rights from the surface rights, the subsurface rights will revert to Berrien County

Subject also to the full rights of reversion retained by the grantor, as well as the right of re-entry to secure repossession of the premises in the event the grantee harvest or attempts to harvest standing timber, topsoil, or any other natural resources which are part of the property The right of reversion and the power of re-entry shall also pertain to any attempt to removed minerals by means of subsurface or above ground extraction The covenants shall run with the land, and shall be binding upon any subsequent title holder, as well as the heirs, assigns and successors in interest to the grantee

Dated this AUGUST 16, 2010

Signed by _____Bret Witkowski_____
Bret Witkowski, County Treasurer and F G U.

STATE OF MICHIGAN  }
COUNTY OF BERRIEN } SS

The foregoing instrument was acknowledged before me this 16 TH day of AUGUST, 2010 by Bret Witkowski, County Treasurer

_____Kathleen Culbertson_____
Kathleen Culbertson
Notary Public, Berrien County, MI
My Commission expires 8/21/11

When recorded return to

THOMAS BEARD
52420 KENILWORTH
SOUTH BEND, IN 46637

Exempt from State and County Transfer Tax
MCL 207 526 Sec 6(h)(i), MCL 207 505 Sec 5(h)(i)

DRAFTED BY:
County Treasurer and F.G U.
701 Main St.
St Joseph, MI 49085

Berrien County Register of Deeds
Received 8/19/10 Time 4:33 PM